# INITIAL APPEARANCE CALENDAR

Magistrate Judge: **Robert M. Levy**  Date: 10/30/19

Magistrate Case Number: 19-1014 M  LOG #: **4:01p - 4:58pm**

Defendant's Name: AARON WEINREB

__X__ Court appointed counsel.  ____ Defendant retained counsel.

Defense Counsel: MIA EISNER GRYNBERG  CJA:___ FDNY: _X_ RET:___

A.U.S.A. MICHAEL BUSHWACK  Clerk: E Williams

Interpreter: _____  Language: _____

__✓__ ARRAIGNMENT on Complaint held.  __✓__ Government Agent Sworn

__✓__ DETENTION HEARING Held:  __✓__ Government opposed bail for reasons stated on the record.

__✓__ Bond set at **$1,500,000**.  ____ Bond set on consent of both parties.

Defendant: __✓__ released  ____ held pending satisfaction of bond conditions.

__✓__ Defendant advised of bond conditions set by the Court and signed the bond.

__1__ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

____ (Additional) surety/ies to co-sign bond by _____

____ After detention hearing, Court orders detention in custody.  ____ Leave to reopen granted

____ Temporary Order of Detention Issued. Bail Hearing set for _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

__✓__ Preliminary Hearing set for: _____; or __✓__ waived by defendant

____ Status Conference set for: _____ before Judge _____

____ Medical memo issued.

____ REMOVAL (Rule 5) PROCEEDING held. To the district of: _____

____ Identity hearing held. Court ____ orders removal ____ denies removal

____ Defendant waives: ____ identity hearing ____ preliminary hearing

____ Identity/ Removal Hearing set for: _____

____ No bail application presented to the Court. Commitment to the District _____ entered.

Other Comments/Rulings: _____