# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 19-1014M |
| Aaron Weinreb | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Aaron Weinreb

Date: 11/05/2019

*Attorney's signature*

Brian J. Griffin 2580280
*Printed name and bar number*

666 Old Country Road, Suite 305
Garden City, New York 11530
*Address*

brian@foleygriffin.com
*E-mail address*

(516) 741-1110
*Telephone number*

(516) 741-9171
*FAX number*